IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KERRY HOGLAND, et al.                                                           PLAINTIFFS

VS.                           3:14CV00273 JTR

TOWN & COUNTRY GROCER
OF FREDERICKTOWN MISSOURI, INC.                                  DEFENDANT

## ORDER OF DISMISSAL

Plaintiff Charles Hogland and Defendant Town & Country Grocer Of Fredericktown Missouri, Inc. have filed a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). *Doc. 44*. The parties stipulate to the dismissal of Charles Hogland's claim, with prejudice, "in exchange for a waiver of costs."

Accordingly, Plaintiff Charles Hogland's claim is DISMISSED, WITH PREJUDICE, each party to bear their own costs.

IT IS SO ORDERED this 9th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE