Case 3:14-cv-00273-JTR   Document 119   Filed 08/20/15   Page 1 of 3

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
JUL 2 0 2015
JAMES W. McCORMACK, CLERK
BY: S. Justice
DEPUTY CLERK
IN OPEN COURT

## VERDICT FORM — KERRY HOGLAND

**Interrogatory No. 1.** What dollar amount, if any, do you award to Kerry Hogland for her past necessary medical care, treatment and services received?

$ 321,755.80

**Interrogatory No. 2.** What dollar amount, if any, do you award to Kerry Hogland for the present value of her reasonable expenses for any future necessary medical care, treatment and services, which are reasonably certain to be required in the future?

$ 300,000.00

**Interrogatory No. 3.** What dollar amount, if any, do you award to Kerry Hogland for her pain and suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future?

$ 6.5 million

**Interrogatory No. 4.** What dollar amount, if any, do you award to Kerry Hogland for the value of any past lost earnings?

$ 50,066.00

**Interrogatory No. 5.** What dollar amount, if any, do you award to Kerry Hogland for the present value of any earnings which are reasonably certain to be lost in the future?

$ 1.4 million

**Interrogatory No. 6.** What dollar amount, if any, do you award to Kerry Hogland for any scars and visible results of her injuries?

$ 50,000.00

**Interrogatory No. 7.** What dollar amount, if any, do you award to Kerry Hogland for the reasonable expense of any past necessary help in her home, which was required as a result of her injuries?

$ 10,000.00

2

**Interrogatory No. 8.** What dollar amount, if any, do you award to Kerry Hogland for the present value of any future necessary help in her home, which will be reasonably certain to be required in the future as a result of her injuries?

$ 418,780.00

**Interrogatory No. 9.** What dollar amount, if any, do you award to Kerry Hogland for the reasonable expense of any necessary medical care, treatment and services received by her minor son, Hunter Trevillion?

$ 34,269.08

FOREPERSON: _[signature]_

DATE: 8-20-15

3