U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**

JUL 20 2015

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: S. Justice
DEPUTY CLERK

## VERDICT FORM — HUNTER TREVILLION

**Interrogatory No. 1.** What dollar amount, if any, do you award to Hunter Trevillion for his pain and suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future?

$ 452,000.00

**Interrogatory No. 2.** What dollar amount, if any, do you award to Hunter Trevillion for any scars and visible results of his injuries?

$ 25,000.00

FOREPERSON: _[signature]_

DATE: 8-20-15

1