## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KERRY HOGLAND, et al.                                                                          PLAINTIFFS

VS.                                     3:14CV00273 JTR

TOWN & COUNTRY GROCER
OF FREDERICKTOWN MISSOURI, INC.                                      DEFENDANT

### ORDER OF DISMISSAL

Minor Plaintiffs, R.H. and B.H., and Defendant Town & Country Grocer Of Fredericktown Missouri, Inc., have filed Stipulations of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). *Docs. 122 and 123*. The parties indicate that R.H. and B.H.'s claims have been settled, and that the Craighead County Circuit Court has approved the settlements. *Doc. 122 at 5-7; doc. 123 at 5-7*.

Accordingly, the claims of Minor Plaintiffs R.H. and B.H. are DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 24th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE