# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KERRY HOGLAND, et al.                                                                    PLAINTIFFS

VS.                                    3:14CV00273 JTR

TOWN & COUNTRY GROCER
OF FREDERICKTOWN MISSOURI, INC.                                              DEFENDANT

## JUDGMENT

On August 10, 2015, the Court began a nine-day jury trial in this action. The jury returned its verdict on August 20, 2015.

Pursuant to the jury's verdict, Judgment is entered in favor of Plaintiff Kerry Hogland, and against Defendant Town & Country Grocer of Fredericktown Missouri, Incorporated, in the amount of $8,714,790.88. Judgment is entered in favor of Plaintiff Hunter Trevillion, and against Defendant Town & Country Grocer of Fredericktown Missouri, Incorporated, in the amount of $475,000.00.

IT IS SO ORDERED this 24th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE