IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KERRY HOGLAND, et al.                                                              PLAINTIFFS

VS.                                   3:14CV00273 JTR

TOWN & COUNTRY GROCER
OF FREDERICKTOWN MISSOURI, INC.                                         DEFENDANT

## ORDER

Plaintiff, Kerry Hogland ("Hogland"), has filed a Bill of Costs requesting an award of costs that totals $30,194.28. *Doc. 127*. Defendant, Town & Country Grocer Of Fredericktown Missouri, Inc. ("Town & Country"), has not responded, and the time for doing so has expired. *See* Local Rule 7.2(f).

After careful consideration, the Court awards Hogland $30,194.28 in costs pursuant to 28 U.S.C. § 1920 and Rule 54 of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that Hogland's Bill of Costs (*doc. 127*) is GRANTED.

Dated this 7th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE